# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**TEOKA S. WILLIAMS,**
    Plaintiff,       **CASE NO.: 2:18-cv-12522-VAR-MKM**
                                    **HON.: Victoria A. Roberts**

v.

**BEAUMONT HEALTH,**
    Defendant.
_____/

**GAFKAY LAW, PLC**
**BY: JULIE A. GAFKAY (P53680)**
**Attorney for Plaintiff**
**175 S. Main Street**
**Frankenmuth, MI 48734**
**(989) 652-9240**
jgafkay@gafkaylaw.com

**BUTZEL LONG**
**BY: REGAN K. DAHLE (P53975)**
      **MICHAEL GRIFFIE (P79836)**
**Attorneys for Defendant**
**301 East Liberty, Suite 500**
**Ann Arbor, MI 48104**
**(734) 995-3110**
dahle@butzel.com
**griffie@butzel.com**
_____/

## PLAINTIFF'S EXPERT WITNESS LIST

Plaintiff, Teoka S. Williams, by and through her attorney GAFKAY LAW, PLC, hereby submits her Expert Witness List as follows:

1

1. Dustin Marsh, Plaintiff's therapist

    American Behavior and Mental Health

    19445 Warren Avenue, Detroit, Michigan 48228

    (313) 558-9397.

2. Benjamin Burns, MD, Plaintiff's treater,

    America Behavior and Mental Health,

    19445 W Warren Avenue, Detroit, Michigan  48228

    (313) 558-9397.

3. Robert T. Carter, Phd., expert in psychology and race,

     220  Ridgewood Drive, Lewisville, Texas  75067.

4. Plaintiff reserves the right to amend this Expert Witness List as discovery continues.

>
> Respectfully submitted,
>
> GAFKAY LAW, PLC

Dated: 1/25/19            s/Julie A. Gafkay
                          Julie A. Gafkay (P53680)
                          Attorney for Plaintiff
                          175 S. Main Street
                          Frankenmuth, Michigan  48734
                          (989) 652-9240
                          jgafkay@gafkaylaw.com

## **CERTIFICATE OF SERVICE**

On January 25, 2019, the foregoing pleading, Plaintiff's Expert Witness List was electronically filed with the Clerk of the Court through the Court's CM/ECF System, which will send notification to such filings to the attorneys of record, Regan K. Dahle and Michael Griffie.

Respectfully submitted,

s/Julie A. Gafkay
JULIE A. GAFKAY (P53680)
Attorney for Plaintiff
175 S. Main Street
Frankenmuth, Michigan 48734
(989) 652-9240
jgafkay@gafkaylaw.com