## EXHIBIT LIST TO DEFENDANT'S
## MOTION TO QUASH SUBPOENAS
## AND STRIKE DEPOSITION NOTICES

| Exhibit | Description |
|---------|-------------|
| 1 | Plaintiff's Notice of Taking Depositions and Subpoenas |
| 2 | *Burket v. Hyman Lippitt* |
| 3 | *Freeman v.* City of *Detroit* |
| 4 | *E.E.O.C. v. Chrysler LLC* |