# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**TEOKA S. WILLIAMS,**
    Plaintiff,        CASE NO.: 2:18-cv-12522-VAR-MKM
                            HON.: Victoria A. Roberts

v.

**BEAUMONT HEALTH,**
    Defendant.
_____/

**GAFKAY LAW, PLC**
**BY:  JULIE A. GAFKAY (P53680)**
**Attorney for Plaintiff**
**175 S. Main Street**
**Frankenmuth, MI 48734**
**(989) 652-9240**
**jgafkay@gafkaylaw.com**

**BUTZEL LONG**
**BY:  REGAN K. DAHLE (P53975)**
       **MICHAEL GRIFFIE (P79836)**
       **DOAA K. AL-HOWAISHY (P82089)**
**Attorneys for Defendant**
**301 East Liberty, Suite 500**
**Ann Arbor, MI 48104**
**(734) 995-3110**
**dahle@butzel.com**
**griffie@butzel.com**
**al-howaishy@butzel.com**
_____/

## PLAINTIFF'S INDEX OF EXHIBITS

1. Plaintiff's Deposition Transcript  pp.  33, 34, 35, 44, 45, 48, 50, 52, 53, 54, 56, 57, 58, 64, 65, 72, 74, 75, 77, 80, 81, 83, 84, 85, 88, 89,

    90, 91, 94, 95, 101, 102, 107, 109, 113, 119, 124, 134, 137, 138, 152, 166, 167, 175, 176, 177, 188, 190, 191, 194, 235, 257

2. Antoinette Ward's Deposition Transcript pp. 17, 20, 26, 29, 30, 32, 34, 35, 39, 41

3. Kelly Fildew Deposition Transcript pp. 23, 26, 27, 28, 30, 34, 35, 36

4. Crystal (Fell)s Kopiva Deposition Transcript pp. 18, 19, 20, 22, 23, 24, 30, 31, 34, 40, 45, 46, 47, 48, 49, 50, 55

5. David Squire Deposition Transcript pp. 8, 9

6. Shakina Kalonda Deposition Transcript pp. 17, 18, 26

7. Olivia Moylan Deposition Transcript pp. 12, 14, 15, 19, 20, 26, 33

8. Progress Notes

9. November 3, 2017 Email and Subsequent Emails to Fildrew

10. Notes from meeting by Fildew on 11/8/17

11. Plaintiff's email to EEOC dated: 11/8/2017

12. *Crane v. Mary Free Bed Rehab. Hosp.*

13. *Patterson v. UPMC South Hills Health System Home Health*

14. *United States v. West*

15. *Maggard v. Ford Motor Co.*

16. *Brandt v. Curtis*