# EXHIBIT   2

# Antoinette Ward's Deposition Transcript

Antoinette Ward
02/21/2019

1                  UNITED STATES DISTRICT COURT

2             FOR THE EASTERN DISTRICT OF MICHIGAN

3                       SOUTHERN DIVISION

4

5    TEOKA S. WILLIAMS,

6

7            Plaintiff,

8                            Hon. Victoria A. Roberts

9    vs                     Case No. 2:18-cv-12522-VAR-MKM

10

11   BEAUMONT HEALTH,

12

13           Defendant.

14                              /

15

16

17

18           Deposition of ANTOINETTE WARD, taken in

19   the above-entitled matter before Notary Public, Patricia

20   A. Lutza, CSR, CRR, at the 19th District Court, 16077

21   Michigan Avenue, Dearborn, Michigan, on Thursday, February

22   21, 2019, commencing at about 11:30 a.m.

23

24

25



Antoinette Ward
02/21/2019                                      Page 17

 1   A.   I went to the patient's room.  I introduced myself.

 2        I said, Oh.  I heard you had a little trouble last

 3        night, you know.  What happened.  And she said that

 4        she felt the nurse was a little rough with her and I

 5        said, Well, what happened.  She said, She grabbed

 6        me, and I knew that the patient was trying to get

 7        out of bed and the bed alarm went off and Teoka went

 8        to grab her so she wouldn't fall, so I explained

 9        that to her.  I said, Oh, I think she was just

10        helping you so that you wouldn't fall, and so we

11        just talked a little bit about that and I asked her

12        if she was okay, if she needed anything, and I think

13        that was the end of the conversation.  She was fine.

14   Q.   When Crystal talked to you or communicated with you,

15        did Crystal tell you that Teoka Williams had

16        reported to her that she heard the patient call her

17        a black bitch?

18   A.   I don't remember that.

19   Q.   Is that something you would remember?

20   A.   I would think so.

21   Q.   Now, your -- so your testimony is you don't remember

22        Crystal saying that?

23   A.   Correct.

24   Q.   All of this stuff about the patient thinking Teoka

25        grabbed her, something about the bed, helping her,



Antoinette Ward
02/21/2019                                      Page 20

1   Q.   So before you went and talked to the patient you

2        knew that the progress notes stated, Patient could

3        be heard from the hallway, I do not want that black

4        bitch taking care of me.  You would have reviewed

5        that before you talked to the patient; right?

6   A.   I would have, yes.

7   Q.   You would also have reviewed notes which are under

8        11/2/2017, at 4:48 a.m., stating, in part, Patient

9        stated that she had to use the rest room.  When

10       patient stood up, nurse noticed the patient losing

11       her balance, so N gently but quickly grabbed patient

12       by her left arm to prevent the patient from

13       falling -- RN.  I said N, I meant RN.  Thank you.

14       Patient then yelled, I want a different nurse.  Do

15       you see that?

16  A.   I see it.

17  Q.   Then I read that correctly into the record?

18  A.   Yes.

19  Q.   And that's what you were referring to when you

20       testified about what supposedly happened; correct?

21  A.   Correct.

22  Q.   So do you recall whether or not Crystal told you

23       that Teoka had complained or reported to her that

24       she had been referred to as the black bitch by this

25       patient?


HANSON RENAISSANCE   hansonreporting.com
Court Reporters & Video   313.567.8100

Antoinette Ward
02/21/2019                                    Page 26

 1          your interpretation.  Because the question is not

 2          clear, you are giving your interpretation of what is

 3          in the document.  Ask her what her interpretation

 4          is.

 5                    MS. GAFKAY:  Are we done coaching our

 6          witnesses here?

 7                    MS. DAHLE:  I am not coaching my witness.

 8          Ask a fair question, which she has already answered

 9          several times, you don't like the answer.  But go

10          ahead.  Ask her again.

11     BY MS. GAFKAY:

12     Q.   Well, did you have reason to disbelieve Teoka?

13                    MS. DAHLE:  As to what are you asking now?

14          You can answer, if you can.

15                    THE WITNESS:  No.

16     BY MS. GAFKAY:

17     Q.   When you talked to the patient, did you ask the

18          patient, Did you call our care-giver a black bitch?

19     A.   No.

20     Q.   Did you ask the patient specifically whether she had

21          made a request for different care based on race?

22     A.   No.

23     Q.   So all you knew was that the patient did not deny

24          that her request was based on race, did she?

25                    MS. DAHLE:  Object to the form of the


HANSON RENAISSANCE   hansonreporting.com
                     313.587.8100

Antoinette Ward
02/21/2019                                          Page 29

1         her question?

2    BY MS. GAFKAY:

3    Q.    Go ahead.  If you don't understand --

4               MS. DAHLE:  Yes, object to the form of the

5         question.

6    BY MS. GAFKAY:

7    Q.    You can still answer the question.

8    A.    Ask it again.

9    Q.    Sure.  If a patient is heard calling a care-giver a

10        black bitch and requests not to have that

11        care-giver, in your mind, are you suggesting that

12        doesn't relate to race?

13   A.    No.

14   Q.    The progress notes also indicate, Advise not to

15        enter room anymore.  Do you see that in the progress

16        note?  It's 11/2/2017, 5:02 a.m., and it's in the

17        middle.

18   A.    I see it.

19   Q.    So based on the progress note that was done on the

20        night in question, Teoka Williams was stating,

21        Advised not to enter room anymore.  Do you see that?

22   A.    I see it.

23   Q.    Do you have any reason to doubt that?

24   A.    I wasn't there.  I didn't hear it.  I don't know

25        that she was advised that.  I don't know.


HANSON RENAISSANCE  hansonreporting.com
Court Reporters & Video  313.567.8100

1    Q.   What did you say, if anything, to the patient, other

2         than what you have already testified to?

3    A.   That's it.

4    Q.   What else did the patient say, if anything?

5    A.   Nothing.

6    Q.   You had a patient encounter; correct?

7    A.   Correct.

8    Q.   And where, if anywhere, did you put that in the

9         patient's note, chart.  Where did you record it?

10   A.   I didn't.

11   Q.   As a nurse, are there times that you record patient

12        encounters?

13   A.   Yes.

14   Q.   Do you agree that you could have recorded the

15        patient encounter on this occasion?

16   A.   There was no reason.

17   Q.   You chose not to?

18   A.   I chose not to.

19   Q.   Isn't it true that Ms. Ward [sic] communicated with

20        you because she was concerned that Teoka, that the

21        patient wanted a different nurse based on race?

22   A.   I'm Ms. Ward.

23   Q.   I'm sorry.  That Crystal -- let me ask it again.

24        Sorry.  Isn't it true that Crystal talked to you

25        about the patient wanting a different nurse because


HANSON RENAISSANCE   hansonreporting.com
Court Reporters & Video   313.567.8100

Antoinette Ward
02/21/2019                                    Page 32

```
 1          you were attending or what the meeting related to?

 2   A.     I was told that they were going to discuss some

 3          issues with Teoka that Teoka had raised and this is

 4          just one of the issues and that's why they asked me

 5          to come.

 6   Q.     What was the issue?

 7   A.     The incident that happened and that Teoka was

 8          concerned about how her, the assignment of the

 9          patient was handled.

10   Q.     Were you provided with any type of communication

11          that Teoka had provided to Ms. Fildew?  For

12          instance, were you forwarded or provided a copy to

13          read of any emails from Teoka Williams to

14          Ms. Fildew?

15   A.     I was sent an email.

16   Q.     With regard to communications with Crystal after the

17          incident, whether by email or in person, did you say

18          anything to Crystal or communicate anything to

19          Crystal about asking her why she didn't just

20          reassign Teoka Williams completely, or anything to

21          that affect?

22   A.     We did talk about that.

23   Q.     What did you talk about in that regard?

24   A.     I asked her, you know, why she didn't like totally

25          reassign that patient to Olivia.  It was more of a
```



Antoinette Ward
02/21/2019                                              Page 34

1            patient that she was told no longer to perform with

2            regard to that patient; correct?

3    A.      Correct.

4    Q.      For instance, providing medication?

5    A.      Um-hmm.

6    Q.      Yes?  You have to say yes.

7    A.      Yes.

8    Q.      That's something the nurse is supposed to do that's

9            assigned to the patient; correct?

10   A.      Correct?

11   Q.      And the duty of providing medication was reassigned

12           to Olivia; correct?

13   A.      Correct.

14   Q.      Prior to November 8, 2017, the meeting, is there

15           anything else, any other communications with anybody

16           or anything else that involved the allegations of

17           Ms. Williams' complaint that you were involved in,

18           any communications or anything that you can recall

19           that you haven't already testified to?

20   A.      Kelly Fildew asked me to investigate this incident.

21   Q.      Did you investigate?

22   A.      Yes.

23   Q.      What did you do to investigate?

24   A.      I talked to Crystal a little bit further.  I believe

25           I talked to Olivia again just to get it clear.  I



Antoinette Ward
02/21/2019                                    Page 35

1          talked to -- well, I don't know if it was at that

2          time that I talked to one of the nursing assistants.

3    Q.    Which one?

4    A.    Cathy Forte.

5    Q.    Well, do you recall talking to Cathy Forte at a

6          later date?

7    A.    I talked to her -- at some point in time I did talk

8          to her.

9    Q.    When is your best recall of when you talked to her?

10   A.    Well, that's what I am not sure of.

11   Q.    It sounds like you don't believe it was near the

12         incident?

13   A.    Yeah, I think it was after, like a period of time

14         after.

15   Q.    So not part of your investigation?

16   A.    Correct.

17   Q.    So the investigation, as you are calling it,

18         included talking to Crystal and talking to Olivia;

19         right?

20   A.    Correct.

21   Q.    Nothing else?

22   A.    Not that I can remember.

23              MS. DAHLE:   Other than the patient.   She

24         told you she talked to the patient.

25   BY MS. GAFKAY:



Antoinette Ward
02/21/2019                                    Page 39

1        or Olivia provide you with any type of an electronic

2        documentation concerning what happened?

3    A.  Olivia did not.  I am unsure if Crystal --

4    Q.  You are talking about that initial email?

5    A.  Yes.

6    Q.  I am talking about for the investigation.

7    A.  No, she did not.

8    Q.  And you didn't reduce any of your notes regarding

9        any investigation in writing, to your knowledge?

10   A.  No, not to my knowledge.

11   Q.  And your investigation, did it include talking to

12       Teoka Williams?

13   A.  I think Teoka and I only spoke at the meeting.  I

14       don't remember speaking to her any other time.

15   Q.  So outside of the meeting, there was no

16       communication with Teoka with regard to your

17       investigation, was there?

18   A.  Not that I remember.

19   Q.  All right.  So tell me everything that you recall

20       concerning your discussion with Crystal and the

21       investigation.

22   A.  I just asked her to explain a little deeper what

23       happened to me -- I mean, what happened that night.

24       Our initial conversation was very brief.  I asked

25       her just for more detail.


HANSON RENAISSANCE   hansonreporting.com
Court Reporters & Video   313.567.8100

Antoinette Ward
02/21/2019                                             Page 41

1    Q.    And you would agree that Teoka was concerned she was

2          removed from caring for the patient based on race?

3    A.    Yes.

4    Q.    Are you aware of any policy of Beaumont that in any

5          way addresses requests for care based on race by

6          patients?

7    A.    What time frame?

8    Q.    At any time.  Well, let me ask you first.   In

9          November of 2017 were you aware of any such policy?

10   A.    No.

11   Q.    Sitting here today, are you aware of any such

12         policy?

13   A.    Yes.

14   Q.    And when did you become aware of the policy?

15   A.    I don't know the date, time.

16   Q.    But it was after November 2017?

17   A.    Correct.

18   Q.    Is it in writing?

19   A.    I believe it is.

20   Q.    Have you seen it?

21   A.    I don't remember if I have seen it or not.

22   Q.    What do you believe the policy to say?

23   A.    The current policy, I believe, says that if a

24         patient requests a different nurse because of race,

25         that we will not accommodate that.



HANSON RENAISSANCE   hansonreporting.com
COURT REPORTERS & VIDEO   313.567.8100