# EXHIBIT 10

# Notes from meeting by Fildew on 11/8/17

# Beaumont

Beaumont Hospital – Dearborn
18101 Oakwood Blvd.
Dearborn, MI 48124

**Meeting Notes:** Teoka Williams
**RE:** BLS/Schedule and Patient Remarks
**Date:** 11/8/17

**Source:** Kelley Fildew
Sr. ER/LR Representative

---

**In attendance:** Teoka, Williams; Yvonne Calleja, Manager IV Infusion; Debra Price, Manager Central Staffing; Helena Hardin, Director Med-Surg; Toni Ward, Manager 8-North Progressive Care Renal; David Squire, Administrator Human Resources and Kelley Fildew, Sr. ER/LR Professional

Yvonne Calleja stated that the cost center that Teoka is assigned is to the IV-Team and if Teoka picks up a shift in Central Staffing and does not punch in with the department cost center information is will show up in red/double and cause an issue with the appropriate funds coming out of the correct cost center. Yvonne addressed that 8+ hours of bonus/bonus days must be approved at a higher level when it is populating in Kronos for another department. As the manager over IV team she may not be aware of hours worked in other areas if there are missed swipes in/out.

Teoka stated that she was removed out of One-Staff effective 10/10/17 and the schedulers told Teoka to contact Debi Price. Debi Told Teoka that she removed her because she wasn't picking up enough hours and stated that Debi told her she didn't have time to deal with this and hung up the phone. Teoka stated she contacted Diane Mieske to have her put back into the OSS system so she could pick up hours.

Teoka stated that on November 1st she spoke with Debi Prices and Debi asked her who put you back into the OSS system? Teoka said that Debi told her she was removed from the One-Staff system because she was not able to pick up hours due to not having BLS completed. Teoka stated that she feels this is pure bullying by Debi Price.

Debi Prices states that back in June of 2017 Teoka asked Debi if she could pick up extra hours in Central Staffing. Debi told her yes and that she always kept a file on each employee in Central Staffing in which she retains a hard copy of their ACLS, BLS and LARA-licensure. Debi stated that Teoka's ACLS was showing expired in One-Staff and that she did not have a hard copy.

Teoka stated she did sent Debi Price a hard copy via-email but Debi maintains she couldn't read the copy provided. Teoka states she had no communication with Jessica Fortune in Central Staffing about her BLS card. Teoka stated that she should've been allowed to work since she has her BLS on file and Yvonne had a copy of it.

Yvonne confirmed she did have a copy of the BLS but her IV/Hemo areas do not use One-Staff like Debi Price's areas. Fildew confirmed with Debi Price that Teoka's BLS information was provided Central Staffing so she could be scheduled to work.

Fildew asked Teoka about the interaction that occurred on 10/2/2017 when she worked on Toni Ward's unit. Teoka stated that the patient in 881-bed #2 stated she didn't want her to be her nurse because she was black. Teoka stated she did provide some care for the patient including an assessment and that she has not conflict or argument with the patient. Teoka stated as she left the room the patient stated she "didn't want a Black Bitch to be my RN."



WBH000003

# Beaumont

Beaumont Hospital – Dearborn
18101 Oakwood Blvd.
Dearborn, MI 48124

Teoka was assigned to both patients in room 881 bed #1 and bed #2. Crystal Fell was the ACM on MN and went to talk to the patient but the patient never provided a reason for not wanting her as her nurse. Crystal told Teoka if either patient in the room put the call light on to let her know and she would have Olivia monitor the patients. Olivia had patients on the same hallway so they were working closely together. Teoka was upset that she was told by Crystal not to provide care to either patient since she was still legally assigned and responsible for both patients. Teoka stated that Olivia provided care and passed all medications on both of her assigned patients.

Toni Ward apologized to Teoka for the unfortunate remarks made by the patient. Toni told Teoka that it's sad that the patient would say something like this to her. Toni stated that in retrospect the ACM-Crystal should've changed the patient assignment at the onset of this incident to another Nurse/provider. Toni apologized to Teoka that this didn't occur.

WBH000004